UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL KNOTTS, on Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>      Defendant. | Court File No. 0:17-cv-05049-SRN-SER |

## DEFENDANT'S MOTION TO DISMISS
## COUNT III OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

To: Plaintiff MICHAEL KNOTTS, and his attorneys, Melissa S. Weiner, PEARSON SIMON & WARSHAW, LLP, 800 Lasalle Ave., Suite 2150, Minneapolis, MN 55402, and Natalie Finkelman and James C. Shah, SHEPHERD, FINKELMAN, MILLER & SHAH, LLP, 35 E. State Street, Media, PA 19063.

Defendant Nissan North America, Inc. ("NNA") respectfully moves the Court to dismiss Count III of Plaintiff's First Amended Class Action Complaint on the grounds that Plaintiff has failed to state a claim against NNA upon which relief can be granted. This motion is brought pursuant to Rules 8(a), 9(b), and 12 of the Federal Rules of Civil Procedure and is based on NNA's Memorandum of Law, oral argument, supporting papers, and the entire file and proceedings herein. NNA is serving and filing its Memorandum of Law and supporting papers contemporaneously herewith.

Date:  December 7, 2018	By:  s/Kevin T. McCarthy
Mark A. Solheim (#213226)
Kevin T. McCarthy (#0399327)
**LARSON • KING, LLP**
2800 Wells Fargo Place
300 East Seventh Street
Saint Paul, MN  55101
Telephone:  651-312-6500
Telefax:  651-312-6615
Email:   msolheim@larsonking.com
kmccarthy@larsonking.com

E. Paul Cauley (*pro hac vice*)
S. Vance Wittie (*pro hac vice*)
**DRINKER BIDDLE & REATH LLP**
1717 Main Street, Suite 5400
Dallas, TX  75201
Telephone:  469-357-2500
Telefax:  469-327-0860
Email:  paul.cauley@dbr.com
vance.wittie@dbr.com

*Attorneys for Defendant*
*Nissan North America, Inc.*

96016820.1