## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL KNOTTS, on behalf of himself and all others similarly situated, | Case No. 17-CV-5049 (SRN/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | |

This matter is before the Court upon the Joint Stipulation For Dismissal With Prejudice [Doc. No. 66] filed by the parties in this case.

Based upon that stipulation, IT IS HEREBY ORDERED THAT this action is DISMISSED, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing his/her/its own attorneys' fees and costs, except as otherwise provided in the *Weckwerth* Settlement.

BY THE COURT:

Dated: May 18, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge